Anthony Tyrone Jackson
**Name**

Lansing correctional facility

Lansing, Kansas 66043
**Address**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Anthony Tyrone Jackson, Plaintiff
(Full Name)

v.

Alexander R. Owens
Philip C. Morley e sr
Travis Reynolds
, Defendant(s)

CASE NO. 25-3090-JWL
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Anthony T. Jackson, is a citizen of Kansas
   (Plaintiff)                              (State)

   who presently resides at Lansing correctional facility
   Lansing, Kansas 66043
   (Mailing address or place of confinement.)

2) Defendant Alexander R. Owens is a citizen of
   (Name of first defendant)

   Eldorado, Kansas, and is employed as
   (City, State)

   Correctional officer 1. At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Alexander R. Owens did on 5-13-24 violate my 14th, 54th, 8th, Amendment rights by committing the violations set forth in the attached document Tittled "counts and supporting facts". He is supporting responsible in both his official and individual capacities.

XE-2 8/82               CIVIL RIGHTS COMPLAINT §1983

Defendent Travis Reynolds is a citizen of Eldorado, Kansas, and is employed as unit team. At the time the claim(s) alleged in this complaint arose, was this defendent acting under the color of state law? yes ☒   NO ☐. If your answer is "yes" briefly explain. Travis Reynolds did on 5-13-24 violate my 14, 5, 8th Amendment rights by commiting the violations set forth in the attached document "Tittled "counts and supporting facts" He is responsible in both his official and individual capacities.

3) Defendant **Philip C. Marley cs1** is a citizen of
(Name of second defendant)

**Eldorado, KS**, and is employed as
(City, state)

**Correctional officer Sargeant one**. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Philip C. Marley did on 5-14-24 violate my eight, and fourteenth and fifth amendments rights, by commiting the violations set forth in the attached document tittled counts and supporting facts. He is responsible in both his official and individual capacities.

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

**No.**

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

On 5-12-24 at or around 7:00-8:00 pm the plaintiff was involved in an altercation involving at least twenty eight other inmates. At the resolution of which the plaintiff was confined to his general population housing assignment until the following morning. At or around 10:00-11:00 plaintiff was escorted to administration segragation. While in the stripout cages in B-1 cellhouse, plaintiff was informed by K.D.O.C. correctional officers that it was their intention to place plaintiff into the cell with an inmate plaintiff had

serious issues in general population, plaintiff informed two high ranking correctional officers, one by the name of Travis Reynolds, unit team of A-1 cell house, And a women Lieutenant which plaintiff does not know her name but is familiar with her face, Plaintiff refused all their attempts to persuade plaintiff to live with this Inmate, who plaintiff felt not safe to be in the same cell with.

As retaliation plaintiff was asked to cuff up so plaintiff could be escourted to a room that is called the programs room. This room contains only a desk and a stool. It afforded the plaintiff no access to running water, No toilet, No raised area for sleeping, nor a mattress or a bedroll. These defendents refused the plaintiff dinner and breakfast and when plaintiff asked to use the toilet, get water and bedding, the defendents told plaintiff he could have these things if he would cuff up and be escourted to cell with Inmate he did not feel safe to live with. When plaintiff refused, the defendents left not allowing plaintiff any water, food, mattress, or bedding. plaintiff had to hold bodily waste for 24hrs.

plaintiff slept on cold floor until the following morning, of 5-14-24, about 8:00 or 9:00 am, plaintiff was escourted from programs room to a suicidal cell in A-1 cell house, cell#266 plaintiff finally left this cell around 7:00 or 8:00 pm and escourted to B-1 cell house cell#124

C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Defendent Alexander R. Owens did on 5-13-24 violate my 14th + 5th Amendment by denying the plaintiff access to due process of law. Because of the plaintiff's denying

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

_____
_____
_____
_____
_____

B) (1) Count II: Alexander R. Owen's did on 5-13-24 violate my 8th amendment ~~by denying the plaintiff~~ cruel and unusual punishment

(2) Supporting Facts: Defendent Owens worked in concert with other defendents to deprive the ~~dead~~ Plaintiff of basic amenities; food, water, toilet, bedding, mattress for 24 hours. forcing the plaintiff to not only hold his bodily waste, but to sleep on the cold floor. The defendent told plaintiff when asked to use the toilet and for water, "If you want these things you have to move into that cell with that Inmate". Even after the plaintiff told him + other officers that to do so will result in at least a physical altercation.

XE-2 8/82    CIVIL RIGHTS COMPLAINT §1983

These actions, by the statements this defendent prove the retalitory nature of his actions. They were made with the intent to force the plaintiff into a living situation that would have forced plaintiff into yet another physical altercation.

### B) (1) count II:

2.) Defendent philip E. Marley, did on 5-14-24 violate the plaintiff's 8th amendment right by subjecting the plaintiff to cruel + unusual punishment. Defendent Marley worked in concert with defendents to deprive the plaintiff of baste amenities, food, water, toilet, bedding, mattress for 24 hours. forcing the plaintiff to not only hold his bodily waste but plaintiff was forced to sleep on the cold floor. The defendent told plaintiff when asked to use the toilet, and for water, "If you want water and to use the toilet you have to go to the cell with that inmate." Even after the plaintiff told him + other officers that to do so will result in at least a physical altercation. These actions, by the statements this defendent prove the retalitory nature of his actions. They were made with the intent to force the plaintiff into a living situation that would have put plaintiff's life in danger.

### C) (1)  count III:

Defendent philip E. Marley did on 5-14-24 violate the plaintiff's 8th amendment right by retaliating against plaintiff, this defendent worked to try + force the plaintiff to accept a cell placement with an inmate whom the plaintiff had had both verbal + physical altercations with in the past. Defendent did not write plaintiff a disciplinary report instead defendent used orbitrary actions to punish plaintiff These actions, by the statements this defendent prove the retalitory nature of his actions. They were made with the intent to force the plaintiff into direct danger while plain- tiff wanted to protect hisself from danger.

C) (1) Count III: <u>Defendent Alexander R. Owens did violate my 8th amendment right by retaliating against plaintiff. This defendent worked to try to force the plaintiff to accept a cell placement with an inmate whom the plaintiff had had</u> (2) Supporting Facts: <u>both verbal & physical altercations with in the past. Defendent did not write a Disciplinary Report instead defendent used arbitrary actions to punish & retaliate against Plaintiff. These actions by the statements with this defendent prove the retalitory nature of his actions. They were made with the intent to force the plaintiff into direct danger while plaintiff wanted to protect hisself from Danger.</u>

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?

   Yes ☐  No ☒. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:
      Plaintiffs: <u>Anthony T. Jackson</u>
      Defendants: <u>Karen Barnt Mental health Practitioner</u>
   b) Name of court and docket number <u>lost Document</u>

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) <u>It was dismissed.</u>

   d) Issues raised <u>deleberate indifference to mental health needs</u>

e) Approximate date of filing lawsuit  between 5-1-14 to 9-1-14

f) Approximate date of disposition  Dont Know

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☐ No ☒. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I filed an informal resolution on 5-23-24. No response back. still to this day! I also sent a emergency grievance on 6-16-24 to start the grievance process. NO response back as well to this day! So, I sent Emergency grievance to Warden through In-house mail. See attached Documents. Sent one to secretary of correction. No response till this Day.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

plaintiff request an injunction compelling facility management to stop retaliatory placements depriving inmates of basic, fundemental necessities.

Plaintiff request punitive damages in the amount of $20,000
Plaintiff request pain+suffering damages in the amount of $20,000
Plaintiff request my court fees paid.

_____           _Anthony T Jackson_
Signature of Attorney (if any)            Signature of Plaintiff

_____

_____
(Attorney's full address and telephone number)

5

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

①            7-21-24

I turned in an informal resolution 5-23-24, its been 2 months and I have still not received an answer back from A-1 cell house. By the unit team.

I Also, sent a grievance to A-1 cell house on 6-16-24 its never been sent back to me so I can answer it, the 10 days has been up.

So, now, I'm sending you Tommy Williams, warden of EDCF my grievance of what happened to me on 5-14-24 through the mail.

                                exactly the 13th
    I was escourted to seg on 5-14-24. once I stripped out and was told I was bunking with a surtain Inmate from Population I told them I did not get along with this Inmate, we had got into it with each and it was not a good idea. the unit team Reynolds in A-1 and a couple other C.O's names I don't know was still trying to get me to move in any ways. I refused because I did not feel safe moving in with that inmate. I believe his name was something like "Mathias" his last name.

one of the C.O's asked me to be cuffed up to be escourted to the programs room. I complied because they said they needed to get more inmates in the strip out cage.

About time the second shift came on I had been in →



the programs room for a couple hours. C.O. Owens and C.O. Nagot were working in A-1 cell house, where I was at the time. When dinner came around, I called over C.O. Owens I asked him what was up with my dinner. he told me, the unit team manager has an in house rule that you couldn't eat or drink in the programs room. I expressed to him that that was wrong, and that I was upset about that. he told me I could eat, and drink, and use the toilet if I would go to that cell with that inmate Mathias. I refused so he left. So, I was left in the programs room, thinking they would let me eat, drink and use the toilet, but they never came to get me to take me to another cell. I fell asleep and woke up on the 3rd shift. I noticed Marley so, I called him over and spoke to him. he told me as well that he wouldn't feed me or let me use the toilet or get me a drink of water but I could get these things if I cuffed up and went into the cell with that inmate Mathias. I told him No. so he left. I went back to sleep on the floor. No sheets, blanket or mattress. extremely cold with bright lights on. I was woken up about 8:00 or 9:00 in the morning. dont know who escourted me to the suicide cell in A-1. but I was put in that cell. and I noticed that dried up feces was on the window door to the room. and on the door as well. the room was very filthy and dirty. I asked to clean the room. but was never given cleaning supplies. I slept on the floor for a couple hours until I was given a mattress. that was it. I didn't leave that cell



③

until about after dinner. I was taken to B-1 cell house. I have been over here since then. I would like to also bring to your attention that according to K.S.A. 75-5510 section ⓐ It says, Person committed to the institutional care of the Secretary of corrections shall be dealt with humanely!

I was treated inhumanely and retaliated against because I didn't feel safe going in the room with an inmate I got into it with in population. I did not feel safe going into that room with him. and those C.O's were trying to force me to go in the room with him. I was never served with a Displinary report so why was I being punished and retaliated against for that? Warden Tommy Williams? I felt less then human. helpless and so disrespected that I have completely lost all trust in K.D.O.C. and E.D.C.F. I was completely humiliated by how I was treated. I don't know how C.O's are treated for doing something like that to me but so I will leave that to you to deal with Warden Tommy Williams. I am definitely looking to get Justice done for that and I would like to stay in the loop of how you will handle it.
    Thank you for taking the time to read this.

                Anthony Jackson.