## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name _Anthony Jackson_    Number _77685_

Facility _EDCF_    Housing Unit _B-1 cell #124_    Work Detail _none_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member). On 5-18-24 I was brought to SEG. one of the c.i.o's told me I would bunk with an Inmate I knew from population. I told the unit team Reynolds that bunking with this Inmate was not a good Idea. Me and him did not get along in population let along in a cell together. I was asked to at least bunk with him for a day or two then they would try to move me with a more compatible Inmate. I said No! Its to serious I cant risk being in a the cell with this particular Inmate. so one of the c.i.o's asked me to cuff up and they would put me in the programs room until they could find me another cell to go to. when the seccond shift came on.

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_____    _____
Unit Team Signature    Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_Anthony Jackson_    _7-21-24_
Inmate Signature    Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____    Date of Final Answer _____    Date Returned to Inmate _____

_Anthony Jackson_  _7-21-24_ _____    _____
Inmate's Signature    Date    Unit Team Signature    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

## TO BE COMPLETED BY STAFF ONLY

Grievance Serial Number _____

Type of Complaint (Item 4: Code 01-75) _____

Cause of Complaint (Item 5: Code 01-30) _____   _____

Type of Response (Item 6a: Code 01,02,08 or 09) _____   _____

No body responded back from B-1 cell house. 7-7. (unit team) from B-1 cell house or the range of Johnson Scott E-mail) and what other there is is a witness.

COl R. lexander R. owens came and talked to me about moving into the cell with this Inmate that I got into it with in population. I told him no as well. I asked him could I get my dinner he said the unit team told him there was no eating in the programs room so he wouldn't or couldn't feed me. He never told me exactly what unit team or manger approved this. So, I asked him what about water and I also needed to use the rest room. he told me I could do those things if I moved into the cell with that partieular inmate I got into it with in population. I told him no. he said I would stay in this program room until the next day. I told him I was upset and this was fucked up. That I had to sleep on the floor with no mattress, sheets, water and the use of the toilet. he left and I went to sleep. when I woke up, It was Third shift and philip E. Marley Sargeant 1 was working. I was able to get his attention and I asked him for some sheets, water, and to use the toilet, and my breakfast. he told me I could have all these things if I cooporate and be excourted to the cell with that partieular in mate. when I said NO, he left and I went back to sleep. I was treated less then human. because I didn't want to be in a cell with an inmate

a cell placement with some one whom he had multiple verbal + physical alterations with in the past, This Defendent acting in concert with defendents to place the plaintiff into a program room that was completely devoid of all running water, mattress, bedroll, toilet, and denying plaintiff of food. This placement + actions was purely punitive in nature, The plaintiff was never issued with a Disciplanary Report for his refusal to be housed with that Inmate, There was no reason to place or keep plaintiff in a housing situation that is below the standard of living to those suicidal Inmates who are on crisis Level 3, which is the most restritive housing Level in any K.D.O.C. facility. A)(1.) count I:

2. Defendent philip E. Marley did on 5-14-24 violate my 14th +5th Amendment by denying the plaintiff access to due process of law, Because of the placement plaintiffs denying a cell placement with someone whom he had multiple verbal + physical alterations with in the past This Defendent acting in concert with defendents to place the plaintiff into a program room that was completely devoid of all running water, mattress, bedroll and toilet, and denying plaintiff food as well. This placement + actions was purely punitive in nature, The plaintiff was never issued with a Disciplanary Report for his refusal to be housed with that Inmate, there was no reason to place or keep plaintiff in a housing situation that is below the standard of living to those suicidal inmates who are on crisis Level 3, which is the most restritive housing Level in any K.D.O.C. facility.

③ Defendent Travis Reynolds, unit team of R-/cell house. Did on 5-13-24 violate plaintiffs 14th + 5th Amendment right by denying the plaintiff acess to Due process of law. By this defendent working in concert with other defendents to punatively house the plaintiff in the unequipped programs room. Thereby denying the plaintiff acess to water, a toilet, mattress, bedroll and food. The plaintiff was never issued a disciplinary Report for his refusal to be placed in a cell with someone whom he had multiple verbal + physical encounters with in the past. Because of this refusal this defendent placed the plaintiff knowingly into a unliveable situation he knew didnt provide the basic human emenities. By not having issued the plaintiff a D.R. + not having Justifieation for this placement, on crisis Level 3. thereby denying plaintiff his due process rights.

B) (1) count II:

Defendent Travis Reynolds, Did on 5-13-24 violate plaintiff's 8th amendment right by retaliating against plaintiff. This defendent worked to try + force the plaintiff to accept a cell placement with an inmate whom the plaintiff had had both verbal + physical altercations with in the past defendent did not write a disciplinary Report, instead defendent used arbitrary actions to punish+retaliate against plaintiff. These actions by the statemants this defendent prove the retalitory nature of his actions. They were made with the intent to force the plaintiff into direct danger while plaintiff wanted to protect hisself from harm. Danger.



*EDvEN*
*B1-124*

714 S.W. Jackson St., Suite 300
Topeka, KS 66603

**Kansas**
Department of Corrections

Phone: (785) 296-3317
Fax. (785) 296-0014
kdocpub@ks.gov
www.doc.ks.gov

Jeff Zmuda, Secretary

Laura Kelly, Governor

August 8, 2024

TO:    0077685 Jackson, Anthony

El Dorado Correctional Facility

RE:   Invalid Grievance

I received your correspondence that included an unnumbered grievance.

KAR 44-15-101 (a)(d)(2) The grievance procedure shall not be used in any way as a substitute for, or as part of, the inmate disciplinary procedure, the <u>classification decision making process</u>, the property loss or personal injury claims procedure, or the procedure for censorship of publications specified in the secretary's internal management policy and procedure.

Your complaint is clearly about the classification decision making process.  KAR 44-15-101 (a)(d)(2) prohibits use of the grievance procedure to address this concern.

This issue needs to be addressed through your Unit Team.

Sincerely,

Darcie Holthaus CMII
Corrections Manager, Facility Management

cc:    Warden Williams
          w/attachments
Image:  SOCRESP
          w/attachments

## KANSAS DEPARTMENT OF CORRECTIONS INMATE GRIEVANCE FORM

**INMATE COMPLAINT**

Inmate's Name _Anthony Jackson_    Number _77685_

Facility _EDCF_    Housing Unit _B-1_    Work Detail _none_

**NATURE OF COMPLAINT** BE SPECIFIC. (Include names, dates, places, rules, regulation, etc.; how you have been affected and action you believe the Warden should take.) Use additional paper if necessary. ATTACH DOCUMENTATION OF ATTEMPTS AT INFORMAL RESOLUTION PRIOR TO FILING THIS FORMAL GRIEVANCE (i.e. Form 9s or other correspondence and response from staff member).

_See attached_

Date this report was given to Unit Team for informal resolution (to be completed by inmate). _____

**UNIT TEAM RESPONSE** (Complete and return to inmate within 10 calendar days.)

_____    _____
Unit Team Signature    Date

**INMATE RESPONSE** (Complete and return to Unit Team within 3 calendar days)

_____ I am satisfied with the Unit Team response, and wish to withdraw my formal grievance.

__X__ I am not satisfied with the Unit Team response, and wish to forward to the Warden's office. (This must be done within 3 calendar days.) Date forwarded to Warden's Office (to be completed by staff). _____

_Anthony Jackson_    _7-21-24_
Inmate Signature    Date

**WARDEN RESPONSE** (Complete, attach response and return within 10 Working days.)

Date Received _____    Date of Final Answer _____    Date Returned to Inmate _____

_Anthony Jackson_ _7-21-24_    _____
Inmate's Signature    Date    Unit Team Signature    Date

If dissatisfied with this response, the inmate may appeal to the Secretary of Corrections within three (3) calendar days of receipt of this decision from the Warden.

**TO BE COMPLETED BY STAFF ONLY**

Grievance Serial Number    _____

Type of Complaint (Item 4: Code 01-75)    _____    _____

Cause of Complaint (Item 5: Code 01-30)    _____    _____

Type of Response (Item 6a: Code 01,02,08 or 09)    _____    _____

②

I got into it with in population. I didn't feel safe going into that cell with that inmate, and I was retaliate and punished for trying to protect my self from any harm done to me.

I want the warden to do whats right and Just. I'm filing a lawsuit unless ya'll got something better to offer and someone can talk to me about some of my struggles I've been having.

Also, I wrote out an informal resolution and sent it to A-1 cell house. & the unit team Johnson over here B-1 cell house sent it to the unit team in R.1. he said, they still haven't responded back. So, he's my witness on that.

Sincerely Anthony Jackson
77685



El Dorado Correctional Facility
1737 SE Hwy 54
P.O. Box 311
El Dorado, KS. 67042

**Kansas**
Department of Corrections

Phone: (316) 321-7284
Fax: (316) 322-2018
www.doc.ks.gov/facilities/edcf

Jeff Zmuda, Secretary

Laura Kelly, Governor

Tommy Williams, Warden

RECEIVED

**Date:**

AUG 0 7 2024

**To:** Jackson, Anthony #77685   B1-124

**Ref:** Grievance Concerning: Segregation

DOC Facility Management Area

**Finding of Facts:** I have reviewed your information. You state in your grievance that you were sent to segregation from general population and assigned to a cell you did not want to go to.

**Conclusions Made:** After review of your grievance and discussion with staff the following determination has been made:

You were assigned to a cell that you did not want to go to due to having issues with the resident already assigned to the cell. Since there were no other cells available, staff tried to work with you to resolve the situation You continued to refuse to move into the cell, so you were placed in the programs room. Upon shift change, you continued to refuse movement into the cell. Staff made several requests throughout the morning to work with you, however you continued to refuse placement.

Other options were discussed should this happen again.

**Actions Taken:** No further action is necessary.

Deane W. Donley Deputy Warden
El Dorado Correctional Facility

Cc: Offender
    File
    UTM