**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
444 S.E. QUINCY, ROOM 490
TOPEKA, KANSAS 66683

OFFICIAL BUSINESS

RETURN TO SENDER

FILED
JUL 21 2025
Clerk, U.S. District Court
By: _____ Deputy Clerk

Case No. 25-3090 Doc. #11



Return to Sender
Addressee Refused
Delivery

KANSAS CITY 640
11 JUL 2025 PM 5 L

quadient
FIRST-CLASS MAIL
IMI
$000.69
07/10/2025 ZIP 66683
043M31223333

RETURN TO SENDER

SPECIAL MAIL
OPEN ONLY IN PRESENCE

NIXIE    641    DC 1    0007/17/25
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 66683358799    *2060-01016-17-30