OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
444 S.E. QUINCY ROOM 490
TOPEKA, KANSAS 66683

OFFICIAL BUSINESS

**FILED**
JUL 22 2025
Clerk, U.S. District Court
By: _____ Deputy Clerk

Case No. 25-3090 Docs #9-10

KANSAS CITY 640
14 JUL 2025 PM 5 L

quadient
FIRST-CLASS MAIL
IMI
$000.97
07/09/2025 ZIP 66683
043M31223333
US POSTAGE

RETURN TO SENDER

RETURN TO SENDER

Return to Sender
Addressee Refused
Delivery

NIXIE         641  DC 1            0007/20/25
              RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD

BC: 66683358799            *2060-03474-20-43