## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| **ANTHONY TYRONE JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 25-3090-DDC-ADM** |
| | ) | |
| **ALEXANDAR OWENS,** *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>WAIVER OF SERVICE OF SUMMONS EXECUTED</u>

### KDOC Defendants

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections ("KDOC") agrees on behalf of the defendants listed below (the "KDOC Defendants") to waive service of process and complaint in this matter:

| | |
|---|---|
| Alexandar Owens | |
| Printed name of party who waives service | Printed name of party who waives service |
| Phillip Marley | |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |
| | |
| Printed name of party who waives service | Printed name of party who waives service |

1

**Non-KDOC Defendants**

The defendants listed below are not believed to be current or former KDOC employees and will not be represented by the Kansas Attorney General ("AG"):

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

_____
Name of party not represented by AG

**Concluding Remarks**

Pursuant to the Court's order on July 9, 2025 (Doc. 10), the KDOC Defendants have sixty days after the filing of this waiver to file an answer or other responsive pleading.

August 8, 2025
Date

*s/Matthew L. Shoger*
Signature of Assistant Attorney General