IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY TYRONE JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-3090-DDC-ADM |
| ) | |
| ALEXANDAR OWENS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### ENTRY OF APPEARANCE

Assistant Attorney General Matthew L. Shoger hereby enters his appearance as counsel for Defendants Alexandar Owens and Phillip Marley.[1]

Respectfully submitted,

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

---

[1] Plaintiff misspelled these defendants' names in the Complaint.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of October, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Anthony Tyrone Jackson #77685
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043
*Plaintiff, pro se*

      */s/ Matthew L. Shoger*
      Matthew L. Shoger
      Assistant Attorney General