IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANTHONY TYRONE JACKSON,                     ) | |
|               Plaintiff,                             ) | |
| v.                                          ) | Case No. 25-3090-DDC-ADM |
| ALEXANDAR OWENS, *et al.*,                  ) | |
|               Defendants.                           ) | |

**CLERK'S FOURTEEN-DAY EXTENSION**

Pursuant to Local Rule 77.2, Defendants Alexandar Owens and Phillip Marley ("Defendants"), should be and hereby are granted fourteen (14) additional days in which to answer or otherwise plead to the Complaint filed herein. This is the first request for an extension by these Defendants. Defendants' answer or other responsive pleading is originally due October 7, 2025. The time to answer has not expired. Defendant's answer or other responsive pleading is now due on or before October 21, 2025.

Dated this  6th  day of October, 2025.


                                       Clerk of the United States District Court
                                       for the District of Kansas

                                       By:  s/N. Coop
                                            Deputy Clerk

PREPARED BY:

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

*/s/ Matthew L. Shoger*
Matthew L. Shoger, KS No. 28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
(785) 296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 6th day of October, 2025, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

  Anthony Tyrone Jackson #77685
  Lansing Correctional Facility
  P.O. Box 2
  Lansing, KS 66043
  *Plaintiff, pro se*

              */s/ Matthew L. Shoger*
              Matthew L. Shoger
              Assistant Attorney General