# United States district court

Jackson vs
Owens, Marley

case# 5:25-cv-03090-DDC-RDM

Motion to proceed without injunction and pain + suffering damages, and compensatory damages.



DISTRICT OF KANSAS

MEMORANDUM

DATE:     November 17, 2025

TO:       **Anthony Tyrone Jackson**
          77685
          LANSING Correctional Facility
          PO Box 2
          Lansing, KS 66043-0002

FROM:     United States District Court
          444 S.E. Quincy Street
          490 U.S. Courthouse
          Topeka, KS 66683

SUBJECT:  Return Pleading UNFILED


The clerk's office is in receipt your pleading titled Motion to Proceed without injunction postmarked November 14, 2025, which **has not been filed** and is being returned to you at this time. Please be advised you are incarcerated in a facility with mandatory electronic filing and should follow instructions available at the facility for transmitting pleadings electronically to the court. **If you wish to file this document in your case, you must resubmit it by e-filing.** Enclosed for your review and reference is a current docket sheet in the above-referenced matter.

If you have questions or concerns, do not hesitate to contact the Topeka Clerk's Office at 785-338-5400.

1 | P a g e

1-12-25

I've attached my motion in response to the defendence so-called claim or allegations. Keep in mind I'm pro se so I'm learning as I go.

The correctional officers are intefering with me concerning this lawsuit. I been complaining about getting my personal ~~proper~~ property. so I can properly send my motions on Time, but to No avail I have not so far gotten my property which has all my legal paperwork. I'm in ~~Segregation~~ SEG so they're given me a hard time. I apologize for this

11-16-25

ALSO, I tried to E-file this motion [on monday] But the unit team wouldn't do it, so, thats why I'm writing this letter with my motion as well.

Sincerely Anthony Jackson

RECEIVED
NOV 17 2025
By_____